UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                                                          **NOTICE OF SETTLEMENT**
    PETER J. GUASTAMACCHIA
    AND MARIE GUASTAMACCHIA
    AKA MARIA ZAMMITA
    GUASTAMACCHIA

                                    Debtors.                               Case No. 10-38631-CGM
_____                                          (Chapter 13)

    PLEASE TAKE NOTICE that a Order Granting Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1), of which the within is a true copy, will be presented for settlement to the Honorable Cecelia G. Morris, Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York on the 18th day of February, 2014 at 9:30 a.m.

    PLEASE TAKE FURTHER NOTICE that debtors, debtor's counsel, Chapter 13 Trustee and the Office of the U.S. Trustee have been served with the Notice and Motion for Relief from Automatic Stay and the instant Notice of Settlement with attached Order.

DATED:    January 30, 2014
                Latham, New York

                                            _____
                                            Martin A. Mooney, Esq.
                                            Attorneys for Creditor
                                            245 Holdings, LLC fka InSolve Recovery
                                            LLC c/o Capital Recovery Group successor
                                            in interest to GE Money Bank
                                            SCHILLER & KNAPP, LLP
                                            950 New Loudon Road, Suite 109
                                            Latham, New York 12110
                                            Tel.  (518)  786-9069
                                            mmooney@schillerknapp.com

TO:

Warren Greher, Esq.
Attorney for Debtors
Greher Law Offices, P.C.
1161 Little Britain Road, Suite B
New Windsor, NY 12553

Jeffrey L. Sapir, Esq. (Trustee)
399 Knollwood Road, Suite 102
White Plains, NY 10603

Office of the U.S. Trustee
74 Chapel Street
Albany, NY 12207

Peter J. Guastamacchia
and Maria Guastamacchia  (Debtors)
18 Grant Drive
Monroe, NY 10950