UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

PETER J. GUASTAMACCHIA
AND MARIA GUASTAMACCHIA
AKA MARIA ZAMMITA
GUASTAMACCHIA,

           Debtors.

**ORDER TERMINATING AUTOMATIC STAY BY DEFAULT**

Case No. 10-38631-CGM
Chapter 13

Upon the unopposed motion of 245 Holdings, LLC fka InSolve Recovery LLC c/o Capital Recovery Group successor in interest to GE Money Bank dated December 27, 2013 seeking relief from automatic stay, and after hearing held on January 28, 2014, and Notice of Settlement of proposed Order on February 18, 2014, it is

**ORDERED**, that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to movant's lien interest in the property described as:

**One (1) 2007 Polaris JP 49ST PWHX (V.I.N. 5VPXB26D073007796)**, and it is further

**ORDERED**, that movant shall account to this estate for any surplus proceeds realized after sale.